United States District Court
Southern District of Texas
**ENTERED**
May 19, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SMASH ENTERPRISES PTY LTD., an Australian corporation, <br><br> Plaintiff, <br><br> vs. <br><br> URMAN, INC., a Delaware corporation; and MANUEL DEL CASTILLO, an individual, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | Cause No. 4:16-cv-00490 <br><br> Hon. Alfred H. Bennett |

### ORDER GRANTING LEAVE TO FILE PLAINTIFF AND COUNTERCLAIM DEFENDANT SMASH ENTERPRISES PTY LTD.'S REPLY BRIEF IN SUPPORT OF ITS PENDING MOTION TO DISMISS

Before the Court is Plaintiff Smash Enterprises Pty Ltd.'s Unopposed Motion for Leave to File Its Reply Brief in Support of its Motion to Dismiss the Amended Counterclaim filed by Defendant and Counterclaim Plaintiff Urman, Inc. After considering the Motion, the Court is of the opinion that the Motion should be and is hereby GRANTED. IT IS THEREFORE ORDERED that the Reply Brief is deemed filed as of the date of this Order.

**IT IS SO ORDERED.**

Dated: MAY 1 9 2016

_____
The Honorable Alfred H. Bennett
United States District Judge

1